Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Sylvia Irvin
Assistant Federal Public Defender
CA Bar No. 230302; FL Bar No. 15379
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Sylvia_Irvin@fd.org

*Attorney for Petitioner Hosbin Gonzalez

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Hosbin Gonzalez,<br><br>        Petitioner,<br><br>     v.<br><br>Todd Blanche, *et al.*,<br><br>        Respondents. | Case No. 2:26-cv-00774-APG-EJY<br><br>**ORDER GRANTING**<br><br>**Unopposed Motion to Extend Time to File Amended Petition**<br><br>**(First Request)** |

Petitioner Hosbin Gonzalez filed his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on March 16, 2025.[1] In the pro se petition, Mr. Gonzalez challenges his continued detention in ICE custody and generally states that he is being illegally detained. This Court appointed the Federal Public Defender's Office on March 18, 2026, and ordered the amended petition be filed by April 17, 2026.[2] Counsel now files this unopposed motion to extend time to file the amended petition for 14 days, or until May 1, 2026.

---

[1] ECF Nos. 1, 4.

[2] ECF No. 3.

This motion is not filed for the purpose of delay, but in the interest of justice and in the interest of Mr. Gonzalez. Undersigned counsel has met with Mr. Gonzalez and has been diligently working on this matter. Counsel requests the additional time to obtain immigration documents that counsel believes will support Mr. Gonzalez's petition and his claims that he has been illegally detained. Undersigned counsel submits the requested additional time to prepare the amended petition is in the best interests of Mr. Gonzalez, would clarify the relevant record for habeas review, and serves the interest of judicial economy.

Undersigned counsel emailed counsel for Respondents, AUSA Tamer Botros, seeking Respondents' position on this motion, and AUSA Botros stated via email that he did not oppose the 14-day continuance.

For these reasons, undersigned counsel respectfully asks this Court to grant this motion and extend the deadline to file the Amended Petition until May 1, 2026.

Dated: April 17, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Sylvia Irvin*
Sylvia Irvin
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated: April 20, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2