**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOSBIN GONZALEZ, | Case No.: 2:26-cv-00774-APG-EJY |
| Petitioner | **Order Granting Unopposed Motion to Extend Time** |
| v. | [ECF No. 9] |
| US ATTORNEY GENERAL PAMELA BONDI, et al., | |
| Respondents | |

I ORDER that the petitioner's unopposed motion to extend time (ECF No. 9) is GRANTED. The amended petition is due June 1, 2026.

DATED this 7th day of May, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE